Ezekiel F. Cortez
CA Bar No. 112808
The Executive Complex
1010 Second Avenue,
Suite 1850, San Diego, CA 92101
Tel (619)237-0309 Fax (619)237-8052

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF CALIFORNIA**
**(THE HONORABLE WILLIAM MCCURINE, JR.)**

UNITED STATES GOVERNMENT, Plaintiff, vs. OLIVIA FIMBRES, Defendant,

Case No. 07MG-2919

**MOTION FOR SUBSTITUTION OF ATTORNEY**

The undersigned hereby agree that Ezekiel F. Cortez, Esq., shall be substituted as counsel for defendant, Olivia Fimbres, and that Martin Molina, shall be relieved as counsel in the above-captioned case.

Dated: 12/26/07

OLIVIA FIMBRES
Defendant

Dated: 12/26/07

EZEKIEL F. CORTEZ, Esq.

Dated: 12·27·07

MARTIN MOLINA, Esq.

**IT IS SO ORDERED.**

Dated: __________

HON. WILLIAM McCURINE, JR.
U.S. Magistrate Court Judge