FILED

08 JAN -4 AM 11:27

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: PM DEPUTY

Ezekiel E. Cortez
CA Bar No. 112808
The Executive Complex
1010 Second Avenue,
Suite 1850, San Diego, CA 92101
Tel (619)237-0309 Fax (619)237-8052

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF CALIFORNIA**
**(THE HONORABLE WILLIAM MCCURINE, JR.)**

UNITED STATES GOVERNMENT,
Plaintiff,
vs.
OLIVIA FIMBRES,
Defendant,

Case No. ~~07MG-2919~~ 08CR0021-DMS

**MOTION FOR SUBSTITUTION OF ATTORNEY**

The undersigned hereby agree that Ezekiel E. Cortez, Esq., shall be substituted as counsel for defendant, Olivia Fimbres, and that Martin Molina, shall be relieved as counsel in the above-captioned case.

Dated: 12/26/07

OLIVIA FIMBRES
Defendant

Dated: 12/26/07

EZEKIEL E. CORTEZ, Esq.

Dated: 12·27·07

MARTIN MOLINA, Esq.

**IT IS SO ORDERED.**

Dated: 1/3/08

HON. WILLIAM McCURINE, JR.
U.S Magistrate Court Judge