FILED
APR 29 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY [signature] DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>OLIVIA FIMBRES (2),<br>Defendant. | Criminal Case No. 08CR0021-DMS<br>**SUPERSEDING**<br>INFORMATION<br>Title 18, U.S.C., Sec. 111 - Assault on a Federal Officer (Misdemeanor) |

The United States Attorney charges:

On or about December 15, 2007, within the Southern District of California, defendant OLIVIA FIMBRES did willfully and forcibly assault, resist, oppose, impede, and interfere with a person named in Title 18, United States Code, Section 1114, to wit, Department of Homeland Security Border Patrol Agent L. Pino, in that defendant grabbed Agent Pino's arm and pushed him, which interfered with the arrest of defendant MIGUEL FIMBRES-PEREZ, while Agent Pino was engaged in the performance of his official duties; in violation of Title 18, United States Code, Sections 111(a)(1), a misdemeanor.

DATED: 4/29/08.

KAREN P. HEWITT
United States Attorney

[signature]

CHRISTOPHER M. ALEXANDER
Assistant U.S. Attorney