AO 455(Rev. 5/85) Waiver of Indictment

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

FILED
APR 29 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY JK DEPUTY

UNITED STATES OF AMERICA

v.

OLIVIA FIMBRES (2)

## WAIVER OF INDICTMENT

CASE NUMBER: 08CR0021-DMS

I, OLIVIA FIMBRES, the above named defendant, who is accused of Title 18, U.S.C., Sec. 111 - Assault on a Federal Officer (Misdemeanor) being advised of the nature of the charge(s), the proposed superseding information, and of my rights, hereby waive in open court on 04/29/08 prosecution by indictment and consent that the proceeding may be by superseding information rather than by indictment.

[signature]
Defendant

[signature]
Counsel for Defendant

Before [signature]
JUDICIAL OFFICER