Ezekiel E. Cortez
CA Bar No. 112808
The Executive Complex
1010 Second Avenue, Suite 1850
San Diego, CA 92101
Tel (619)237-0309 Fax (619)237-8052

Attorney for Olivia Fimbres

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF CALIFORNIA**
**(THE HONORABLE DANA M. SABRAW)**

| | |
|---|---|
| UNITED STATES GOVERNMENT,<br>Plaintiff,<br>vs.<br>OLIVIA FIMBRES,<br>Defendant, | Case No. 08CR-0021<br><br>**JOINT MOTION MODIFYING DEFENDANT'S CONDITION OF RELEASE** |

**COMES NOW** the parties, Christopher Alexander, Assistant United States Attorney, and Ezekiel E. Cortez, counsel for defendant, Olivia Fimbres respectfully requesting that the travel condition restricting travel to Southern District of California be modified to allow the defendant to travel to Los Angeles California, from May 25, 2008 to May 26, 2008. Tammy Riddling of Pretrial Services has been contacted and has no opposition to the travel modification.

The defendant has been instructed to provide Pretrial Services with an itinerary of her travel arrangements and to report to Pretrial Services prior to her departure and upon return from her trip to Los Angeles.

Dated: May 23,2008

/s/ Christopher Alexander by consent
CHRISTOPHER ALEXANDER
Assistant United States Attorney

Dated: May 23,2008

/s/ Ezekiel E. Cortez
EZEKIEL E. CORTEZ
Attorney for defendant
Olivia Fimbres