Ezekiel E. Cortez
CA Bar No. 112808
The Executive Complex
1010 Second Avenue, Suite 1850
San Diego, CA 92101
Tel (619)237-0309 Fax (619)237-8052

Attorney for Olivia Fimbres

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF CALIFORNIA**
**(THE HONORABLE DANA M. SABRAW)**

| | |
|---|---|
| UNITED STATES GOVERNMENT,<br>Plaintiff,<br>vs.<br>OLIVIA FIMBRES,<br>Defendant, | Case No. 08CR-0021<br><br>**ORDER GRANTING JOINT MOTION MODIFYING DEFENDANT'S CONDITIONS OF RELEASE** |

GOOD CAUSE HAVING BEEN SHOWN, this Court grants the above-entitled motion.

Thus, THIS COURT ORDERS that the travel conditions restricting travel to the Southern District of California be modified to allow the defendant to travel to Los Angeles from May 25, 2008 to May 26, 2008.

IT IS FURTHER ORDERED that the defendant report to Pretrial Services prior to her departure and upon return from her trip to Los Angeles.

IT IS SO ORDERED.

Dated: _____________

_______________________________
HON. DANA M. SABRAW
U.S. District Court Judge